

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elbert Lee Vaught IV | Civil Action No. 20-cv-01728-DMS-MSB |
| **Plaintiff,** | |
| V. | |
| B.D. Phillips, Associate Warden; S. Livelo, Assigned Case Records Analyst; Ralph Diaz, Secretary of CDCR; M. Pollard, Warden (a) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's September 16, 2020 Order. The Court further CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and DIRECTS the Clerk to enter a final judgment of dismissal and close the file.

**Date:** 1/29/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler

M. Exler, Deputy